| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:17CR00005 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 4:24-cr-40009 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Seth Wittner | DISTRICT Nevada | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Kent J. Dawson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/4/2023 — TO 4/3/2043 |

OFFENSE
Possession of Child Pornography – 18 U.S.C. § 2252A(a)(5)(B

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Resides and is being supervised in the District of Massachusetts.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _District of Massachusetts_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

04/09/2024
Date

/s/ Kent J. Dawson
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Massachusetts_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/11/2024
Effective Date

/s/ Margaret R. Guzman
United States District Judge

1